IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK CASSITY**                                                                                              **PETITIONER**
Reg. #21223-043

VS.                            No. 2:23-CV-00243-JM-ERE

**GARRETT, Warden,**
**FCI-Forrest City**                                                                                          **RESPONDENT**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that pursuant to the Judgment entered together with this Order, this action is DISMISSED WITHOUT PREJUDICE, and the Clerk is instructed to close the case.

IT IS SO ORDERED, this 5th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE