IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK CASSITY**  **PETITIONER**
Reg. #21223-043

VS.   No. 2:23-CV-00243-JM-ERE

**GARRETT, Warden,**
**FCI-Forrest City**  **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 5th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE